IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JAZMINE WALTERS, Individually and on Behalf of All Others Similarly Situated** **PLAINTIFF**

vs. No. 4:18-cv-354-BSM

**SADDLE PEAK, LLC, d/b/a HARDEE'S** **DEFENDANT**

**JOINT NOTICE OF SETTLEMENT**

The parties, by and through their counsel, Josh Sanford and Steve Rauls of the Sanford Law Firm, PLLC, for the Plaintiff and Kathlyn Graves and Nathan A. Read of the law firm Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C. for the Defendant file this Joint Notice of Settlement in lieu of a Joint Rule 26(f) Report and to apprise the Court that Plaintiff and Defendant have reached a settlement in principle that will resolve all claims asserted by Plaintiff and the proposed class in this lawsuit. The parties are finalizing settlement documents and expect to file settlement papers for the Court's approval within nine (9) days from the filing of this Notice of Settlement.

Respectfully submitted,

**JAZMINE WALTERS,**
**Individually and on Behalf of All**
**Others Similarly Situated,**
**PLAINTIFF**

SANFORD LAW FIRM, PLLC
One Financial Center
650 South Shackleford Suite 411
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Steve Rauls
Ark Bar No. 2011170
steve@sanfordlawfirm.com

/s/ Josh Sanford
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and

MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Phone: 501-688-8800
kgraves@mwlaw.com
nread@mwlaw.com

/s/ Nathan A. Read
Kathlyn Graves, Ark. Bar No. 76045
Nathan Read, Ark. Bar No. No. 2012137

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I, Josh Sanford, do hereby certify that on date imprinted by the CM/ECF system, a true and correct copy of the foregoing NOTICE was filed via the CM/ECF system and also served by electronic mail on the attorneys named below:

Kathlyn Graves, Esq.
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C
425 W. Capitol Ave., Ste. 1800
Little Rock, AR 72201
Telephone: 501-688-8831
Facsimile: 501-918-7831
kgraves@mwlaw.com

/s/ Josh Sanford
**Josh Sanford**