IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JAZMINE WALTERS, Individually and on**                                **PLAINTIFF**
**Behalf of all Others Similarly Situated**

v.                         CASE NO. 4:18-CV-00354 BSM

**SADDLE PEAK, LLC, d/b/a HARDEE'S**                                **DEFENDANTS**

**ORDER**

The parties' joint motion to dismiss with prejudice and for approval of the settlement agreement [Doc. No. 17] is granted.  Based on the motion and accompanying exhibits, a Fair Labor Standards Act opt-in class, for settlement purposes only, is certified as the group of seventeen individuals hired by defendant Saddle Peak, LLC from outside the organization to become salaried general managers of store locations in Arkansas within the past three years.  Josh Sanford and Steve Rauls of the Sanford Law Firm, PLLC are appointed as class counsel.  The settlement agreement appears to be fair and reasonable, and it is therefore approved.  The parties' notice of settlement is also approved, and the pending motion for conditional certification [Doc. No. 6] is denied as moot.   The case is dismissed with prejudice under Rule 41(a)(2).

IT IS SO ORDERED this 25th day of September 2018.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE