IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JAZMINE WALTERS, Individually and on**     **PLAINTIFF**
**Behalf of all Others Similarly Situated**

v.          CASE NO. 4:18-CV-00354 BSM

**SADDLE PEAK, LLC, d/b/a HARDEE'S**     **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 25th day of September 2018.

_____
UNITED STATES DISTRICT JUDGE